FILE COPY



# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS

| | | |
|---|---|---|
| CHIEF JUSTICE<br>TERRIE LIVINGSTON | TIM CURRY CRIMINAL JUSTICE CENTER<br>401 W. BELKNAP, SUITE 9000<br>FORT WORTH, TEXAS 76196-0211 | CLERK<br>DEBRA SPISAK |
| JUSTICES<br>LEE ANN DAUPHINOT<br>ANNE GARDNER<br>SUE WALKER<br>BILL MEIER<br>LEE GABRIEL<br>BONNIE SUDDERTH | TEL: (817) 884-1900<br><br>FAX: (817) 884-1932<br><br>www.txcourts.gov/2ndcoa | CHIEF STAFF ATTORNEY<br>LISA M. WEST<br><br>GENERAL COUNSEL<br>CLARISSA HODGES |

September 8, 2016

Don Davidson
803 Forest Ridge Dr., Ste. 203
Bedford, TX 76022-7258
* DELIVERED VIA E-MAIL *

Criminal District Clerk, Tarrant County
Tim Curry Criminal Justice Center
401 W. Belknap, 3rd Floor
Fort Worth, TX 76196-0402
* DELIVERED VIA E-MAIL *

Hon. David L. Evans
Regional Presiding Judge
Tom Vandergriff Civil Courts Bldg.
100 N. Calhoun St., 2nd Floor
Fort Worth, TX 76196
* DELIVERED VIA E-MAIL *

Hon. Louis E. Sturns
Judge, 213th District Court
Tim Curry Criminal Justice Center
401 West Belknap
Fort Worth, TX 76196
* DELIVERED VIA E-MAIL *

Debra A. Windsor
Assistant District Attorney
401 W. Belknap St.
Fort Worth, TX 76196-0201
* DELIVERED VIA E-MAIL *

RE:      Court of Appeals Number:      02-16-00314-CR
                                                       02-16-00315-CR
          Trial Court Case Number:       1421900D
                                                       1419477D

Style:   Ashley Nichole Mangan
            v.
            The State of Texas

Today the Second Court of Appeals issued an opinion and judgment in the above-referenced causes.

Copies of the opinion and judgment are attached and can also be viewed on our Court's webpage at: http://www.txcourts.gov/2ndcoa.

Respectfully yours,

DEBRA SPISAK, CLERK

*Debra Spisak*